UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
NOVEMBER 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6572

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case

Laborers Pension Fund, et al.
v.
SEAMUS MCDONAGH CONSTRUCTION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen, Administrator of the Funds

JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE ASHMAN

| SIGNATURE | /s/ Patrick T. Wallace                           *Patrick T Wallace* |
|---|---|
| FIRM | Office of Fund Counsel, Laborers' Pension and Welfare Funds |
| STREET ADDRESS | 53 W. Jackson Blvd., Suite 550 |
| CITY/STATE/ZIP | Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06230478 | TELEPHONE NUMBER 312/692-1540 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|

Laborers Pension Fund and Laborers Welfare Fund, et al.
v.
SEAMUS MCDONAGH CONSTRUCTION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen, Administrator of the Funds

| SIGNATURE | /s/ Christina Krivanek |
|---|---|
| FIRM | Office of Fund Counsel, Laborers' Pension and Welfare Funds |
| STREET ADDRESS | 53 W. Jackson Blvd., Suite 550 |
| CITY/STATE/ZIP | Chicago, IL  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286644 | 312/692-1540 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case

Laborers Pension Fund and Laborers Welfare Fund, et al.
v.
SEAMUS MCDONAGH CONSTRUCTION


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen, Administrator of the Funds


| | |
|---|---|
| SIGNATURE  /s/ Amy N. Carollo  *[signature]* | |
| FIRM  Office of Fund Counsel, Laborers' Pension and Welfare Funds | |
| STREET ADDRESS  53 W. Jackson Blvd., Suite 550 | |
| CITY/STATE/ZIP  Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6285877 | TELEPHONE NUMBER  312/692-1540 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case

Laborers Pension Fund and Laborers Welfare Fund, et al.
v.
SEAMUS MCDONAGH CONSTRUCTION


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen, Administrator of the Funds


| | |
|---|---|
| SIGNATURE     /s/ Jerrod Olszewski | |
| FIRM     Office of Fund Counsel, Laborers' Pension and Welfare Funds | |
| STREET ADDRESS   53 W. Jackson Blvd., Suite 550 | |
| CITY/STATE/ZIP     Chicago, IL  60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6276725 | TELEPHONE NUMBER  312/692-1540 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                        Case

Laborers Pension Fund and Laborers Welfare Fund, et al.
v.
SEAMUS MCDONAGH CONSTUCTION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen, Administrator of the Funds

| | |
|---|---|
| SIGNATURE  /s/ Charles Ingrassia | |
| FIRM  Office of Fund Counsel, Laborers' Pension and Welfare Funds | |
| STREET ADDRESS  53 W. Jackson Blvd., Suite 550 | |
| CITY/STATE/ZIP  Chicago, IL  60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6285877 | TELEPHONE NUMBER  312/692-1540 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐  NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |