AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

LABORERS' PENSION FUND AND LABORERS'
WELFARE FUND OF THE HEALTH AND
WELFARE DEPARTMENT, ETC., ET AL.,

V.

SEAMUS MCDONAGH CONSTRUCTION,
LLC.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

## 07 C 6572

**JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Seamus McDonagh Construction, LLC
c/o Douglas G. Shreffler, Registered Agent
4653 N. Milwaukee Avenue
Chicago, IL 60625

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick T. Wallace, Jerrod Olszewski, Christina Krivanek,
Amy N. Carollo, Charles Ingrassia
Office of Fund Counsel
53 W. Jackson Blvd., Suite 550
Chicago, IL  60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*

-----------------------------------------
**(By) DEPUTY CLERK**

**November 20, 2007**
-----------------------------------------
**Date**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **LABORERS' PENSION FUND, ET AL.** | | COURT DATE: |
| | PLAINTIFF(S) | Case No.<br>**07 C 6572** |
| VS. | | |
| **SEAMUS MCDONAGH CONSTRUCTION, LLC** | | AFFIDAVIT OF SERVICE OF:<br>**SUMMONS & COMPLAINT** |
| | DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Nov 30, 2007**, at **3:07 PM**, I served the above described documents upon **SEAMUS MCDONAGH CONSTRUCTION, LLC** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **ANGELA HALL / RECEPTIONIST** , an officer, managing agent or authorized agent of the within named company .

Said service was effected at **4653 N MILWAUKEE AVE, CHICAGO, IL 60625.**

**DESCRIPTION:**  Gender: **F**  Race: **WHITE**  Age: **30**  Hgt: **5'4"**  Wgt: **135**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

**Steven A Stosur**, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 3rd day of December, 2007

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

NOTARY PUBLIC

CLIENT NAME:                                ORIGINAL PROOF OF SERVICE                       TRACKING #
**Laborers Pension and Welfare Funds***                                                      35077
**FILE #:**