**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LABORERS' PENSION FUND, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 07 C 6572 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| **SEAMUS MCDONAGH CONSTRUCTION, LLC., an Illinois corporation,** | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COME Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds, by and through their attorneys, Patrick T. Wallace, Jerrod Olszewski, Christina Krivanek, Amy N. Carollo, and Charles Ingrassia, and hereby file this Notice of Voluntary Dismissal dismissing this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Date:   January 25, 2008                              Respectfully submitted,
                                                                       Laborers' Pension Fund, et al.


                                                                       By:   /s/ Christina Krivanek

Patrick T. Wallace
Jerrod Olszewski
Christina Krivanek
Amy N. Carollo
Charles Ingrassia
Office of Fund Counsel
Laborers' Pension and Welfare Funds
111 West Jackson,  Suite 1415
Chicago, IL  60604
(312) 692-1540

## CERTIFICATE OF SERVICE

      The undersigned certifies that she served this Notice of Voluntary Dismissal by mailing a copy to the addressee below and depositing same in the U.S. Mail at 111 W. Jackson Blvd., Chicago, Illinois 60604 on January 25, 2008 with proper postage prepaid.

      Seamus McDonagh Construction, LLC
      c/o Coleman McDonagh, President
      2219 W. Farragut
      Chicago, IL 60625

      /s/ Christina Krivanek