IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 07 C 6572 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| SEAMUS MCDONAGH CONSTRUCTION, LLC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter having come to be heard on the Plaintiffs Notice of Voluntary Dismissal dismissing this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1);

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

ENTER:

_____
The Honorable Judge Samuel Der-Yeghiayan
United States District Court Judge

Dated:_____