IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LABORERS' PENSION FUND, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | Case No.  07 C 6572 |
| v. ) | |
| ) | Judge Der-Yeghiayan |
| **SEAMUS MCDONAGH CONSTRUCTION,** ) | |
| **LLC., an Illinois corporation** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF FILING

TO:   Seamus McDonagh Construction, LLC
c/o Coleman McDonagh, President
2217 W. Farragut
Chicago, IL 60625

PLEASE TAKE NOTICE that on this 25th day of January 2008 the undersigned filed with the Clerk of Court the attached Notice of Voluntary Dismissal, a copy of which is herewith served upon you.

January 25, 2008                                       LABORERS' PENSION FUND ET AL.

                                                                   By:   /s/ Christina Krivanek

Office of Fund Counsel
111 West Jackson Blvd., Suite 1415
Chicago, Illinois 60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 25th day of January she served this notice to the above addressee(s) via U.S. Mail.

                                                                   /s/ Christina Krivanek